60802. BOOZE v. THE STATE.

SOGNIER, Judge.
Affirmed in accordance with Court of Appeals Rule 36.
*Judgment affirmed. Deen, P. J., and Birdsong, J., concur.*

DECIDED JANUARY 27, 1981.

Cleveland Booze, *pro se.*
W. Donald Thompson, District Attorney, for appellee.